> **Matthew Wilson**
> 107 Swamp Road
> East Hampton
> New York 11937-2562 USA
> Tel: + 1 631 329 3273  Fax: +1 253 369 9299
> email: astrolog@bellatlantic.net

Ralph Vega Esq., Pro Se Office Writ Clerk
United States District Court, Eastern District of New York
225 CADMAN PLZ E RM 118S
BROOKLYN NY  11201-1818

January 22, 2010

Dear Mr. Vega

**Re Wilson v. American Airlines & Doe**

Please find enclosed the original and two copies of my complaint together with my check for $350 in payment of your filing fee(s).

In connection with my complaint I would like to make two requests:

1. In the interest of privacy that my address, telephone number and email address together with the names of my two daughters, who are minor children, be redacted from the complaint and changed to initials and city and state, respectively in this and in other documents and filings prior to publication and in accordance with your local rules and "Transcript Redaction Instructions". To this end I enclose a copy of your court's request form in relation to this and for your court reporter.

2. Since I travel extensively I would be grateful for permission to use and access the court's electronic filing system for the purpose of receiving and filing documents electronically in connection with this case. For this purpose, I would be grateful if the court could provide me with court-issued filing logon identity and instructions.

Thank you.

Yours sincerely

Matthew Wilson



> **Matthew Wilson**
> 107 Swamp Road
> East Hampton
> New York 11937-2562 USA
> Tel: + 1 631 329 3273 Fax: +1 253 369 9299
> email: astrolog@bellatlantic.net

Ralph Vega Esq., Pro Se Office Writ Clerk
United States District Court, Eastern District of New York
225 CADMAN PLZ E RM 118S
BROOKLYN NY 11201-1818

January 22, 2010

Dear Mr. Vega

### Re Wilson v. American Airlines & Doe

Please find enclosed the original and two copies of my complaint together with my check for $350 in payment of your filing fee(s).

In connection with my complaint I would like to make two requests:

1. In the interest of privacy that my address, telephone number and email address together with the names of my two daughters, who are minor children, be redacted from the complaint and changed to initials and city and state, respectively in this and in other documents and filings prior to publication and in accordance with your local rules and "Transcript Redaction Instructions". To this end I enclose a copy of your court's request form in relation to this and for your court reporter.

2. Since I travel extensively I would be grateful for permission to use and access the court's electronic filing system for the purpose of receiving and filing documents electronically in connection with this case. For this purpose, I would be grateful if the court could provide me with court-issued filing logon identity and instructions.

Thank you.

Yours sincerely

Matthew Wilson

---

**Matthew Wilson**
107 Swamp Road
East Hampton
New York 11937-2562 USA
Tel: + 1 631 329 3273 Fax: +1 253 369 9299
email: astrolog@bellatlantic.net

---

Ralph Vega Esq., Pro Se Office Writ Clerk
United States District Court, Eastern District of New York
225 CADMAN PLZ E RM 118S
BROOKLYN NY  11201-1818

January 22, 2010

Dear Mr. Vega

**Re Wilson v. American Airlines & Doe**

Please find enclosed the original and two copies of my complaint together with my check for $350 in payment of your filing fee(s).

In connection with my complaint I would like to make two requests:

1. In the interest of privacy that my address, telephone number and email address together with the names of my two daughters, who are minor children, be redacted from the complaint and changed to initials and city and state, respectively in this and in other documents and filings prior to publication and in accordance with your local rules and "Transcript Redaction Instructions". To this end I enclose a copy of your court's request form in relation to this and for your court reporter.

2. Since I travel extensively I would be grateful for permission to use and access the court's electronic filing system for the purpose of receiving and filing documents electronically in connection with this case. For this purpose, I would be grateful if the court could provide me with court-issued filing logon identity and instructions.

Thank you.

Yours sincerely

*[signature]*

Matthew Wilson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

MATTHEW WILSON

    Plaintiff(s),

Vs.

AMERICAN AIRLINES & DOE

    Defendant(s).

------------------------------------------------x

Case Number: _____

## TRANSCRIPT REDACTION REQUEST

Comes now MATTHEW WILSON, PRO-SE, ~~by counsel,~~ and gives this Transcript Redaction Request. The Redaction Policy requires redaction of the following personal identifiers from the transcripts made electronically available:

- Social Security numbers to the last four digits
- Financial Account numbers to the last four digits
- Dates of Birth to the year
- Names of Minor Children to the initials, and
- Home Address to the city and state.

It is requested that consistent with the Policy, the following information be redacted prior to the transcript being made remotely electronically available:

| Document Number of the Transcript | Page Number | Line Number | Identifier [Example: SSN 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] | Redaction Requested [Example: SSN 9999] |
|---|---|---|---|---|
| COMPLAINT | 23 | 7,8,9 | "VIOLET AND POPPY WILSON" | VW & PW |
| COMPLAINT | 25 | 12 | "VIOLET AND POPPY WILSON" | VW & PW |
| COMPLAINT | 68 | 22-25 | "107 SWAMP ROAD EAST HAMPTON NY TELEPHONE 6313293273" | EAST HAMPTON, NY |
| LETTER | 1 | | ADDRESS & EMAIL & TEL | EAST HAMPTON, NEW YORK |

The undersigned understands that redactions other than the personal identifiers listed in the Policy requires a separate Motion for Additional Redactions to be filed within 21 days of the filing of the transcript, and requires court approval.

_____
~~Attorney~~    MATTHEW WILSON (PRO SE)

Dated: JANUARY 22, 2010

**NOTE:** This Redaction Request should be filed directly with the Court Reporter and **NOT** with the Court.