10-CV-384

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-5-2010 @ 11:50 AM |
| NAME OF SERVER (PRINT) Michael INGRAM | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 4333 Amon Carter Blvd
American Airlines, Inc.  Ft. Worth, TX.
C/O Lisa MAGDALENO, Legal Department

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 10 2010
P.M.
TIME P.M.
TIME A.M.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 60.00 | TOTAL $0.00  60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-5-2010
           Date

_____
Signature of Server

P.O. Box 210039, Bedford, TX. 76095
Address of Server

KIM STRICKLAND
MY COMMISSION EXPIRES
August 6, 2013

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### *Eastern District of New York*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 1 0 2010 ★

BROOKLYN OFFICE

Matthew Wilson

SUMMONS IN A CIVIL CASE

v.

CV 10 - 0384

American Airlines Inc., and John Doe

CASE NUMBER:

TOWNES, J.

CARTER, M.J.

TO: (Name and address of defendant)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Pro Se: Matthew Wilson

107 Swamp Road

East Hampton, NY 11937

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Robert C. Heinemann**
CLERK

(BY) DEPUTY CLERK

January 28, 2010
DATE

This form was electronically produced by Judy Deanda using Omniform Internet Publisher.