

RUTHERFORD & CHRISTIE LLP
NEW YORK   ATLANTA

March 3, 2010

The Honorable Sandra L. Townes
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Matthew Wilson v. American Airlines, Inc. And John Doe
             Civ. Action No.   :   10 CV 0384
             Our File No.      :   3748.356

Dear Judge Townes:

      Our firm represents Defendant American Airlines, Inc. in the captioned matter. We were just assigned this matter and request a thirty day extension until Friday April 2, 2010 in which to appear, answer or otherwise move with respect to the plaintiff's complaint. This matter was just commenced and Magistrate Judge Andrew Carter has scheduled an initial conference for June 8, 2010. As such, our response to the plaintiff's complaint would be served and filed well ahead of the conference date. We have attempted to obtain the plaintiff's consent, but have been unable to reach him. This is our first request for an extension to Your Honor.

                                Respectfully submitted,

                                RUTHERFORD & CHRISTIE, LLP

                                David S. Rutherford, Esq.

cc:    Matthew Wilson