UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

Matthew Wilson (Pro Se),                                              10 CV 0384 (SLT)(ALC)

                         Plaintiff,
    -against-                                                         **NOTICE OF**
                                                                     **APPEARANCE**

American Airlines, Inc. and John Doe

                         Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that David S. Rutherford, from Rutherford & Christie, LLP, hereby appears as counsel for the defendant, AMERICAN AIRLINES, INC., and that a copy of all notices, pleadings and other papers herein are to be served upon the undersigned.

Dated:  New York, New York
         March 3, 2010                     Respectfully submitted,

                                                    **RUTHERFORD & CHRISTIE, LLP**

                                                    BY: _____
                                                    David S. Rutherford (DR 8564)
                                                    Attorneys for Defendant
                                                    AMERICAN AIRLINES, INC.
                                                    369 Lexington Avenue, 8th Floor
                                                    New York, New York 10017
                                                    (212) 599-5799
                                                    Our File No.: 3748.356

TO:    Matthew Wilson (Pro Se)
         107 Swamp Road
         East Hampton, New York 11937
         (631) 329-3273

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of **NOTICE OF APPEARANCE** was served regular mail to Matthew Wilson (Pro Se), 107 Swamp Road, East Hampton, New York 11937 on the 3rd day of March, 2010.

RUTHERFORD & CHRISTIE, LLP

By: _____
David S. Rutherford (DR 8564)