UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

Matthew Wilson (Pro Se),                                           10 CV 0384 (SLT)(ALC)

                         Plaintiff,
     -against-                                                    **NOTICE OF**
                                                                         **APPEARANCE**

American Airlines, Inc. and John Doe

                         Defendants.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that L. Diana Mulderig, from Rutherford & Christie, LLP, hereby appears as counsel for the defendant, AMERICAN AIRLINES, INC., and that a copy of all notices, pleadings and other papers herein are to be served upon the undersigned.

Dated: New York, New York
       March 3, 2010                           Respectfully submitted,

                                           **RUTHERFORD & CHRISTIE, LLP**

                                           BY: _____
                                                L. Diana Mulderig (LM 9835)
                                                Attorneys for Defendant
                                                AMERICAN AIRLINES, INC.
                                                369 Lexington Avenue, 8th Floor
                                                New York, New York 10017
                                                (212) 599-5799
                                                Our File No.: 3748.356

TO:    Matthew Wilson (Pro Se)
         107 Swamp Road
         East Hampton, New York 11937
         (631) 329-3273

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of **NOTICE OF APPEARANCE** was served regular mail to Matthew Wilson (Pro Se), 107 Swamp Road, East Hampton, New York 11937 on the 3rd day of March, 2010.

**RUTHERFORD & CHRISTIE, LLP**

By: _____
L. Diana Mulderig (LM 9835)