

**RUTHERFORD & CHRISTIE** LLP

NEW YORK   ATLANTA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAR 0 5 2010 ★

BROOKLYN OFFICE

March 3, 2010

The Honorable Sandra L. Townes
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   Matthew Wilson v. American Airlines, Inc. And John Doe
> Civ. Action No.   :   10 CV 0384
> Our File No.   :   3748.356

Dear Judge Townes:

Our firm represents Defendant American Airlines, Inc. in the captioned matter. We were just assigned this matter and request a thirty day extension until Friday April 2, 2010 in which to appear, answer or otherwise move with respect to the plaintiff's complaint. This matter was just commenced and Magistrate Judge Andrew Carter has scheduled an initial conference for June 8, 2010. As such, our response to the plaintiff's complaint would be served and filed well ahead of the conference date. We have attempted to obtain the plaintiff's consent, but have been unable to reach him. This is our first request for an extension to Your Honor.

Respectfully submitted,

**RUTHERFORD & CHRISTIE, LLP**

David S. Rutherford, Esq.

cc:   Matthew Wilson

369 LEXINGTON AVENUE
8TH FLOOR
NEW YORK, NY 10017-5947

T: (212) 599-5799 | F: (212) 599-5162
WWW.RUTHERFORDCHRISTIE.COM